IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-207-KDB-DCK

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) ACME HIGH PERFORMANCE ) LABORATORIES, LLC, et al., ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Local Counsel Alexandra J. Hirsch on September 18, 2024.

Applicant Glenn E. Forbis seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Glenn E. Forbis is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 19, 2024

David C. Keesler
United States Magistrate Judge